# WHEELER DIULIO & BARNABEI

## THE PROPERTY DAMAGE ATTORNEYS

| PHILADELPHIA OFFICE | NEW JERSEY OFFICE |
|---|---|
| 1650 Arch Street | 1040 Kings Highway North |
| Suite 2200 | Suite 205 |
| Philadelphia, PA 19103 | Cherry Hill, NJ 08034 |
| ☎ 215.971.1000 | ☎ 856.874.1447 |
| 🖷 215.568.2901 | 🖷 215.568.2901 |

E-mail: gbeers@wdblegal.com

December 18, 2025

Allstate Vehicle and Property
  Insurance Company
3100 Sanders Road
Suite 201
Northbrook, IL  60062

**Re:    Jayakumar, Rajammal v Allstate Vehicle and Property Insurance Company
CCP Philadelphia County, December Term, 2025, No.  02424**

Dear Sir/Madam:

Enclosed please find a true and correct copy of Plaintiff's Civil Action Complaint filed against you in PHILADELPHIA COUNTY Court.  Please be advised that you have twenty (20) days in which to respond to this Complaint, pursuant to the Pennsylvania Rules of Civil Procedure. Otherwise, a default judgment may be filed against you.

Kindly forward this Complaint to your attorney immediately.

Sincerely,

/s/ *Gabrielle Beers*
GABRIELLE BEERS

**CERTIFIED MAIL/RETURN RECEIPT REQUESTED
NO.  9589 0710 5270 1823 0359 17**

Court of Common Pleas of Philadelphia County
Trial Division

# Civil Cover Sheet

**For Prothonotary Use Only (Docket Number)**

## DECEMBER 2025

E-Filing Number: 2512043761

### 02424

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| RAJAMMAL JAYAKUMAR | ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| 23 EVERGREEN DRIVE<br>SARATOGA SPRINGS NY 12866-9145 | 3100 SANDERS ROAD SUITE 201<br>NORTHBROOK IL 60062 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| | |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| | |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| | |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| | |

| TOTAL NUMBER OF PLAINTIFFS | TOTAL NUMBER OF DEFENDANTS | COMMENCEMENT OF ACTION |
|---|---|---|
| 1 | 1 | ☒ Complaint    ☐ Petition Action    ☐ Notice of Appeal<br>☐ Writ of Summons    ☐ Transfer From Other Jurisdictions |

| AMOUNT IN CONTROVERSY | COURT PROGRAMS | | | |
|---|---|---|---|---|
| ☐ $50,000.00 or less<br>☒ More than $50,000.00 | ☐ Arbitration<br>☐ Jury<br>☒ Non-Jury<br>☐ Other: | ☐ Mass Tort<br>☐ Savings Action<br>☐ Petition | ☐ Commerce<br>☐ Minor Court Appeal<br>☐ Statutory Appeals | ☐ Settlement<br>☐ Minors<br>☐ W/D/Survival |

**CASE TYPE AND CODE**

1O - CONTRACTS OTHER

**STATUTORY BASIS FOR CAUSE OF ACTION**

| RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER) | **FILED PRO PROTHY**<br>DEC **17** 2025<br>**L. BREWINGTON** | IS CASE SUBJECT TO<br>COORDINATION ORDER?<br>YES          NO |
|---|---|---|

**TO THE PROTHONOTARY:**

Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant: RAJAMMAL JAYAKUMAR

Papers may be served at the address set forth below.

| NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY | ADDRESS |
|---|---|
| GABRIELLE M. BEERS | 1650 ARCH ST<br>SUITE 2200<br>PHILADELPHIA PA 19103 |

| PHONE NUMBER | FAX NUMBER |
|---|---|
| (215)971-1000 | (215)568-2901 |

| SUPREME COURT IDENTIFICATION NO | E-MAIL ADDRESS |
|---|---|
| 332006 | gbeers@wdblegal.com |

| SIGNATURE OF FILING ATTORNEY OR PARTY | DATE SUBMITTED |
|---|---|
| *GABRIELLE BEERS* | Wednesday, December 17, 2025, 04:39 pm |

FINAL COPY (Approved by the Prothonotary Clerk)

**WHEELER, DIULIO & BARNABEI, P.C.**
BY: Gabrielle Beers, Esquire
Attorney I.D. No.: 332006
1650 Arch Street
Suite 2200
Philadelphia, PA 19103
Phone: (215) 971-1000
Email: gbeers@wdblegal.com

MAJOR CASE
JURY TRIALWAIVED

*Filed and Attested by the Office of Judicial Records 17 DEC 2025 04:31 pm A. SILIGRINI*

| | |
|---|---|
| RAJAMMAL JAYAKUMAR<br>23 Evergreen Drive<br>Saratoga Springs, NY 12866-9145<br><br>vs.<br><br>ALLSTATE VEHICLE AND PROPERTY<br>INSURANCE COMPANY<br>3100 Sanders Road<br>Suite 201<br>Northbrook, IL 60062 | COURT OF COMMON PLEAS<br>PHILADELPHIA COUNTY<br><br>DECEMBER TERM, 2025<br><br>DOCKET NO. |

## CIVIL ACTION COMPLAINT (1C - Contract)

| NOTICE | AVISO |
|---|---|
| You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the Claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.<br><br>YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP. | Le han demandado a usted en la corte. Si usted quiere defenderse de estas demandas expuestas en las paginas siguientes, usted tiene veinte (20) dias de plazo al partir de la fecha de la demanda y la notificacion. Hace falta ascentar una comparencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona. Sea avisado que si usted no se defiende, la corte tomara medidas y puede continuar la demanda en contra suya sin previo aviso o notificacion. Ademas, la corte puede decidir a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda. Usted puede perder dinero o sus propiedades u otros derechos importantes para usted.<br><br>LLEVE ESTA DEMANDA A UN ABOGADO IMMEDIATAMENTE. SI NO TIENE ABOGADO O SI NO TIENE EL DINERO SUFICIENTE DE PAGAR TAL SERVICIO. VAYA EN PERSONA O LLAME POR TELEFONO A LA OFICINA CUYA DIRECCION SE ENCUENTRA ESCRITA ABAJO PARA AVERIGUAR DONDE SE PUEDE CONSEGUIR ASISTENCIA LEGAL. |
| PHILADELPHIA BAR ASSOCIATION<br>Lawyer Referral Service<br>1101 Market St., 11th Floor<br>Philadelphia, PA 19107-2911<br>Telephone: 215-238-6333<br>Fax: 215-238-1159 | ASOCIACION DE LICENCIADOS DE FILADELFIA<br>Servicio De Referencia E Informacion Legal<br>1101 Market Street, 11th Floor<br>Filadelfia, Pennsylvania 19107<br>(215) 238-6333 |

Case ID: 251202424

MAJOR CASE
JURY TRIAL WAIVED

**WHEELER, DIULIO & BARNABEI, P.C.**
BY: Gabrielle Beers, Esquire                                    *Attorney for Plaintiff*
Attorney I.D. No.: 332006
1650 Arch Street
Suite 2200
Philadelphia, PA  19103
Phone: (215) 971-1000
Email: gbeers@wdblegal.com

| | |
|---|---|
| RAJAMMAL JAYAKUMAR<br>23 Evergreen Drive<br>Saratoga Springs, NY  12866-9145 | COURT OF COMMON PLEAS<br>PHILADELPHIA COUNTY<br><br>DECEMBER TERM, 2025 |
| vs. | DOCKET NO. |
| ALLSTATE VEHICLE AND PROPERTY<br>INSURANCE COMPANY<br>3100 Sanders Road<br>Suite 201<br>Northbrook, IL  60062 | |

## CIVIL ACTION COMPLAINT (1C - Contract)

1.      Plaintiff, Rajammal Jayakumar (hereinafter, referred to as "Plaintiff"), is an adult individual residing at the address set forth above.

2.      Defendant, Allstate Vehicle and Property Insurance Company, is a corporation duly organized and existing which is authorized to conduct business as an insurance company within the Commonwealth of Pennsylvania and maintains a place of business for that purpose at the address set forth above and regularly issues policies of insurance within the City and County of Philadelphia.

3.      Defendant, in its regular course of business, issued to Plaintiff a policy of insurance ("the Policy") covering Plaintiff's property located at 2366 Wigwam Park Road, East Stroudsburg, PA  18360 ("the Property").  A true and correct copy of the declarations page of said policy is attached hereto and incorporated herein as Exhibit "A."

Case ID: 251202424

4.    On or about 12/25/2024, while the Policy was in full force and effect, Plaintiff suffered direct physical loss and damage to the insured Property believed to be the result of a peril insured against under the Policy, resulting in damage to the insured premises and those areas and to the extent set forth in the preliminary estimate of loss, a true and correct copy of which is attached hereto, and made part hereof and marked Exhibit "B."

5.    Notice of this covered loss was given to Defendant in a prompt and timely manner, and Plaintiff, at all relevant times, fully complied with all of the terms and conditions required by the Policy.

6.    Defendant, despite demand for benefits under the Policy, has refused, without legal justification or cause, and continues to refuse, to pay to Plaintiff monies owed for the damages suffered as a result of the Loss.

7.    Solely as a result of Defendant's failure and refusal to pay benefits to Plaintiff as required under the Policy, Plaintiff has suffered loss and damage in an amount in excess of $50,000.00.

### COUNT I
### In Assumpsit - Breach of Contract

8.    Plaintiff incorporates by reference the facts and allegations contained in the foregoing paragraphs as though fully set forth hereinafter at length.

9.    Defendant is obligated by the terms of the contract to indemnify Plaintiff's loss.

10.    Despite submission of reasonable proof and demand for full and complete payment with respect to Plaintiff's loss, Defendant has not paid to Plaintiff all of the policy benefits to which Plaintiff is entitled under the Policy and has refused to provide funds sufficient to bring Plaintiff's property to pre-loss condition.

11.    Defendant's denial of coverage was made without a reasonable basis in fact.

Case ID: 251202424

12.    Defendant's refusal to indemnify Plaintiff's loss constitutes a breach of the insurance contract.

**WHEREFORE**, Plaintiff demands judgment against Defendant in an amount in excess of $50,000.00 together with interest and court costs.

WHEELER DIULIO & BARNABEI, P.C.

BY:    _/s/ Gabrielle Beers_____
          GABRIELLE BEERS, ESQUIRE
          *Attorney for Plaintiff*

Case ID: 251202424

**VERIFICATION**

I, Gabrielle Beers, counsel for Plaintiff, verify that the statements contained in the foregoing document are true and correct to the best of my knowledge, information and belief, and are made subject to the penalties of 18 Pa. C.S. §4904, relating to unsworn falsification to authorities.

WHEELER DIULIO & BARNABEI, P.C.

BY:    _/s/ Gabrielle Beers_____
       GABRIELLE BEERS, ESQUIRE
       *Attorney for Plaintiff*

# EXHIBIT "A"

## Amended House & Home Policy Declarations

Your policy effective date is July 17, 2024

 **Allstate.**

Page **1** of 4

Information as of June 10, 2024

## This policy is nonparticipating with regard to paying dividends to policyholders.

## Summary

Named Insured(s)
**Rajammal Jayakumar**

Mailing address
**23 Evergreen Dr**
**Saratoga Springs NY 12866-9145**

### Total Premium for the Policy Period

| | |
|---|---|
| Premium for property insured | $1,920.12 |
| **Total** | **$1,920.12** |

Policy number
818 152 874

Your policy provided by
**Allstate Vehicle and Property Insurance Company**

### Discounts (included in your total premium)

| | | | |
|---|---|---|---|
| Protective Device | **$61.05** | Multiple Policy | **$710.40** |
| Home Buyer | **$66.73** | Loyalty | **$84.84** |
| Responsible Payment | **$288.38** | Welcome | **$84.84** |
| **Total discount savings** | | | **$1,296.24** |

Policy period
Beginning **July 17, 2024** through **July 17, 2025** at 12:01 a.m. standard time

You may contact us at
1-800-ALLSTATE
or visit us at
www.allstate.com

### Surcharge (included in your total premium)

| | |
|---|---|
| Claim rating | **$242.42** |

### Insured property details*

Please review and verify the information regarding your insured property. Please refer to the Important Notice (X73182-1) for additional coverage information. Contact us if you have any changes.

**Location of property insured:** 2366 Wigwam Park Road, Stroudsburg, PA 18360-7518

**Location zone:** N4101500W07524500
*Your location zone is based on the location of the insured property and is one of many factors used in determining your rate.*

**Dwelling Style:**
Built in 1999; 1 family; 4572 sq. ft.; colonial - 2 stories

**Foundation:**
Below grade basement, 100%

**Attached structures:**
Open porch, 200 sq. ft.          Wood deck, 100 sq. ft.

**Detached structures:**
One 4-car detached garage          In-ground pool, 250 sq. ft.
One medium shed

**Interior details:**

**Some or all of the information on your Policy Declarations is used in the rating of your policy or it could affect your eligibility for certain coverages. Please notify us immediately if you believe that any information on your Policy Declarations is incorrect. We will make corrections once you have notified us, and any resulting rate adjustments, will be made only for the current policy period or for future policy periods. Please also notify us immediately if you believe any coverages are not listed or are inaccurately listed.**

*(continued)*

PA07OAMD (10/22)

Case ID: 251202424

Amended House & Home Policy Declarations
Policy number: **818 152 874**
Policy effective date: July 17, 2024

### Insured property details* (continued)

| | |
|---|---|
| One builders grade kitchen | One single fireplace |
| Five builders grade full baths | Two hardwood straight stairs |

**Exterior wall type:**
100% vinyl siding

**Interior wall partition:**
100% drywall

**Heating and cooling:**
Oil hot water heating, 50%

**Additional details:**

| | |
|---|---|
| Standard wood sash with glass, 100% | Interior wall height - 8 ft, 100% |
| Two exterior wood doors | |

**Fire protection details:**

| | |
|---|---|
| Fire department subscription - no | 250 ft. to fire hydrant |
| 3 miles to fire department | |

**Roof surface material type:**
Composition
• 100% asphalt / fiberglass shingle

**Roof details:**

| | |
|---|---|
| Predominant roof type: Composition | Age of roof - 16 years |
| Roof geometry - Gable | |

**Mortgagee - None**

**Additional Interested Party - None**

*This is a partial list of property details. If the interior of your property includes custom construction, finishes, buildup, specialties or systems, please contact your Allstate representative for a complete description of additional property details.*

## Coverage detail for the property insured

| Coverage | Limits of Liability | Applicable Deductible(s) |
|---|---|---|
| Dwelling Protection | $969,705 | • $9,697 Windstorm and Hail<br>• $9,697 All other perils |
| Other Structures Protection | $96,971 | • $9,697 Windstorm and Hail<br>• $9,697 All other perils |
| Personal Property Protection | $290,912 | • $9,697 Windstorm and Hail<br>• $9,697 All other perils |
| Additional Living Expense | Up to 24 months not to exceed $96,971 | |
| Family Liability Protection | $300,000 each occurrence | |
| Guest Medical Protection | $1,000 each person | |
| Building Codes | **Not purchased*** | |
| Building Structure Reimbursement Extended Limits | 20% above dwelling protection | |
| Roof Surfaces Extended Coverage | Included | |

PA07OAMD (10/22)

th:4-070 037 24060530031 000008I8I528742406105300310031PRO
PKORI8PA20240610224619D/A 000035-002-0 00 00

Case ID: 251202424

Amended House & Home Policy Declarations
Policy number: **818 152 874**
Policy effective date: July 17, 2024

Page **3** of 4

 **Allstate.**

| Water Back-Up | $5,000 | ▪ $500 Water Back-Up |
|---|---|---|
| Service Lines | $10,000 | ▪ $500 Service Lines |

▶ **Other Coverages Not Purchased:**

- Additional Fire Department Charges*
- Building Materials Theft*
- Dwelling in the Course of Construction*
- Electronic Data Recovery*
- Extended Coverage on Cameras*
- Extended Coverage on Jewelry, Watches and Furs*
- Extended Coverage on Musical Instruments*

- Extended Coverage on Sports Equipment*
- Extended Premises*
- Fair Rental Income*
- Functional Replacement Cost*
- Golf Cart*
- Green Improvement*
- Home Day Care*
- Identity Theft Expenses*

- Increased Coverage on Business Property*
- Increased Coverage on Theft of Silverware*
- Loss Assessments*
- Oil Storage Tank(s)*
- Secondary Residence*
- Select Value*
- Yard and Garden*

*\* This coverage can provide you with valuable protection. To help you stay current with your insurance needs, contact your agent to discuss available coverage options and other products and services that can help protect you.*

## Scheduled Personal Property Coverage

*Your policy does not include Scheduled Personal Property Coverage. This coverage can provide you with valuable protection. To help you stay current with your insurance needs, contact your agent to discuss available coverage options and other products and services that can help protect you.*

## Your policy documents

Your House & Home policy consists of the Policy Declarations, any Policy Declarations Addendum, and the following documents. Please keep them together.

- Pennsylvania House & Home Policy – AVP58
- Amendatory Endorsement – AVP381
- Building Structure Reimbursement Extended Limits Endorsement – AVP13
- Windstorm and Hail Deductible Endorsement – AVP82
- Service Lines Endorsement – AVP571
- Water Back-Up Endorsement – AVP258

- Additional Insureds Endorsement – AVP45
- Roof Surfaces Extended Coverage Endorsement – AVP42
- Depreciation Amendatory Endorsement – AP4988

- Sinkhole Activity Coverage Endorsement – AVP315
- Pennsylvania Amendatory Endorsement – AVP354
- Amendatory Endorsement – AVP554

*Please note: The Policy Contract listed as the first item in this section is not mailed and can be found at allstate.com/forms. You can view your complete Policy Package, including the Policy Contract, on myaccount.allstate.com or request a mailed copy at 1-800 Allstate® (1-800-255-7828). Endorsements to your Policy Contract are only enclosed the first time they apply to your policy and not in subsequent renewal or endorsement packages.*

PA070AMD (10/22)

Amended House & Home Policy Declarations

Policy number: 818 152 874

Policy effective date: July 17, 2024

# Important payment and other information

Here is some additional, helpful information related to your coverage and paying your bill:

▶ The Property Insurance Adjustment condition applies using the Marshall Swift Boeckh Publications building cost index.

▶ Please note: This is not a request for payment. Any adjustments to your premium will be reflected on your next scheduled bill which will be mailed separately.

In the meantime, if you have any outstanding or unpaid bills, please pay at least the minimum amount due to assure your policy continues in force. If you have any questions, please contact your agent.

Allstate Vehicle and Property Insurance Company's Secretary and President have signed this policy with legal authority at Northbrook, Illinois.

William Hill
President

Christine DeBiase
Secretary

064 070 037 2406105301031 00000008181528742406105301031PRO
PROR18PA20240610224615D1A 000035 003 0 00 00

PA070AMD (10/22)

# EXHIBIT "B"

Case ID: 251202424

 **The Weaver Adjustment Group LLC**

2398 Columbia Ave., Suite 101
Lancaster, PA 17603
Claims@weaveradjustment.com
Phone# 717-690-4331

Insured:   Rajammal Jayakumar
Property:   2366 Wigwam Park Road
East Stroudsburg, PA 18360

**Claim Number:** 0779626372    **Policy Number:** 818152874    **Type of Loss:**

Date of Loss:                  Date Received:
Date Inspected:            Date Entered:    1/9/2025 8:01 AM

Price List:    PASR8X_JAN25
Restoration/Service/Remodel
Estimate:    JAYAKUMARBATH

Case ID: 251202424

## The Weaver Adjustment Group LLC

2398 Columbia Ave., Suite 101
Lancaster, PA 17603
Claims@weaveradjustment.com
Phone# 717-690-4331

### JAYAKUMARBATH

**General**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 1. Residential Supervision / Project Management - per hour | 48.00 HR | | 0.00 | 77.05 | 0.00 | 739.68 | 4,438.08 |

Residential Supervision required for this project: 1 Supervisor 4 hours a week for 12 weeks.
This line item is for one Project Manager for the duration of the repairs to ensure that all OSHA safety procedures and requirements are being followed by all workers, as well as verifying the work is progressing and being completed properly. Xactware/Xactimate specifically states that general overhead expenses are those "that cannot be attributed to individual projects "however, Job Related expenses are those that can be attributed to a specific project, but cannot be attributed to specific tasks and include any and all necessary expenses to complete the project other than direct materials and labor. Xactware/Xactimate provides examples of such job related items to include project managers or foremen and states that such expenses should be added as a separate line item to the estimate.

Project Supervision includes the following but is not limited to:
1. Project scheduling to effect repairs/re construction in the most efficient manner possible.
2. Coordinate, monitor and inspect all subcontractors and the progression of the trades.
3. Meet with the client to approve all material selection.
4. Ordering and scheduling of the materials to coincide with the progression of the project to eliminate downtime.
5. Meet with the client to approve each phase of the project including final approval.

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 2. General clean - up | 6.00 HR | | 0.00 | 49.41 | 21.35 | 59.30 | 377.11 |

Daily/Post construction cleanup

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 3. Dumpster load - Approx. 12 yards, 1-3 tons of debris | 1.00 EA | | 475.00 | 0.00 | 0.00 | 95.00 | 570.00 |

| Totals: General | | | | | 21.35 | 893.98 | 5,385.19 |
|---|---|---|---|---|---|---|---|

### SKETCH1

### Main Level



| **Kitchen** | | **Height: 9'** |
|---|---|---|
| 696.00 SF Walls | 371.00 SF Ceiling | |
| 1,067.00 SF Walls & Ceiling | 371.00 SF Floor | |
| 41.22 SY Flooring | 77.33 LF Floor Perimeter | |
| 77.33 LF Ceil. Perimeter | | |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 4. Final cleaning - construction - Residential | 371.00 SF | | 0.00 | 0.31 | 8.28 | 23.00 | 146.29 |
| 5. Floor protection - cardboard and tape | 371.00 SF | | 0.00 | 0.66 | 6.23 | 50.22 | 301.31 |
| 6. Mask and prep for paint - plastic, paper, tape (per LF) | 77.33 LF | | 0.00 | 1.44 | 1.25 | 22.54 | 135.15 |

Case ID: 251202424



**The Weaver Adjustment Group LLC**

2398 Columbia Ave., Suite 101
Lancaster, PA 17603
Claims@weaveradjustment.com
Phone# 717-690-4331

**CONTINUED - Kitchen**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 7. Contents - move out then reset - Large room | 1.00 EA | | 0.00 | 112.19 | 0.00 | 22.44 | 134.63 |
| 8. Provide box & tape - small size | 10.00 EA | | 0.00 | 2.44 | 1.46 | 5.18 | 31.04 |
| 9. Provide box & tape - medium size | 5.00 EA | | 0.00 | 3.39 | 1.02 | 3.60 | 21.57 |
| 10. Hanging light fixture - High grade | 2.00 EA | | 0.00 | 116.96 | 7.03 | 48.18 | 289.13 |
| 11. Recessed light fixture | 4.00 EA | | 0.00 | 137.92 | 8.52 | 112.04 | 672.24 |
| 12. 1/2" drywall - hung, taped, floated, ready for paint | 96.00 SF | | 0.00 | 2.75 | 4.15 | 53.64 | 321.79 |
| 13. Tape joint for new to existing drywall - per LF | 32.00 LF | | 0.00 | 9.53 | 1.00 | 61.20 | 367.16 |
| 14. Drywall Installer / Finisher - per hour | 2.00 HR | | 0.00 | 94.61 | 0.00 | 37.84 | 227.06 |
| blending | | | | | | | |
| 15. R&R Range hood | 1.00 EA | | 16.32 | 245.99 | 8.88 | 54.24 | 325.43 |
| water damaged see clean force 1 report. | | | | | | | |
| 16. R&R Cooktop - electric - High grade | 1.00 EA | | 29.93 | 832.80 | 43.21 | 181.18 | 1,087.12 |
| water damaged see clean force 1 report. | | | | | | | |
| 17. Refrigerator - Remove & reset | 1.00 EA | | 0.00 | 54.66 | 0.00 | 10.94 | 65.60 |
| 18. Dishwasher - Detach & reset | 1.00 EA | | 0.00 | 230.81 | 0.00 | 46.16 | 276.97 |
| 19. Dishwasher connection | 1.00 EA | | 0.00 | 143.41 | 2.01 | 29.08 | 174.50 |
| 20. Angle stop valve | 4.00 EA | | 0.00 | 39.31 | 3.00 | 32.04 | 192.28 |
| 21. P-trap assembly - ABS (plastic) | 2.00 EA | | 0.00 | 62.01 | 1.00 | 25.00 | 150.02 |
| 22. Detach & Reset Built-in double oven | 1.00 EA | 241.56 | 0.00 | 0.00 | 0.00 | 48.32 | 289.88 |
| 23. Built-in oven - Detach & reset | 1.00 EA | | 0.00 | 241.56 | 0.00 | 48.32 | 289.88 |
| 24. Detach & Reset Refrigerator - compact (under counter) | 1.00 EA | 54.66 | 0.00 | 0.00 | 0.00 | 10.94 | 65.60 |
| 25. Detach & Reset Pot filler faucet | 1.00 EA | 118.42 | 0.00 | 0.00 | 0.00 | 23.68 | 142.10 |
| 26. Sink faucet - Detach & reset | 2.00 EA | | 0.00 | 118.42 | 0.00 | 47.36 | 284.20 |
| 27. Sink - double basin - Detach & reset | 1.00 EA | | 0.00 | 158.83 | 0.06 | 31.78 | 190.67 |
| 28. Sink - single - Detach & reset | 1.00 EA | | 0.00 | 148.43 | 0.05 | 29.70 | 178.18 |
| 29. R&R Custom cabinets - full height units - Deluxe grade | 5.10 LF | | 11.68 | 1,323.71 | 379.53 | 1,438.00 | 8,628.02 |
| 30. R&R Custom cabinets - wall units - 42" tall - Deluxe grade | 4.00 LF | | 9.73 | 729.48 | 159.26 | 623.22 | 3,739.32 |
| 31. R&R Custom cabinets - wall units- up to 24" tall- Deluxe grade | 4.00 LF | | 9.73 | 615.43 | 131.89 | 526.50 | 3,159.03 |

Case ID: 251202424



**The Weaver Adjustment Group LLC**

2398 Columbia Ave., Suite 101
Lancaster, PA 17603
Claims@weaveradjustment.com
Phone# 717-690-4331

**CONTINUED - Kitchen**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 32. R&R Custom cabinets - wall units - 36" tall - Deluxe grade | 34.40 LF | | 9.73 | 681.59 | 1,270.83 | 5,010.44 | 30,062.68 |
| 33. R&R Custom cabinets - base units - Deluxe grade | 26.10 LF | | 9.73 | 1,036.84 | 1,515.86 | 5,766.28 | 34,597.61 |
| 34. R&R Cabinet knob or pull - Deluxe grade | 45.00 EA | | 1.52 | 29.87 | 66.64 | 295.84 | 1,775.03 |
| 35. Add for prefinished 4 piece crown molding | 48.00 LF | | 0.00 | 36.55 | 68.23 | 364.52 | 2,187.15 |
| 36. R&R Crown molding - 5 1/4" | 34.93 LF | | 0.87 | 6.42 | 7.25 | 52.40 | 314.29 |
| 37. Paint crown molding, oversized - two coats | 34.93 LF | | 0.00 | 1.68 | 0.44 | 11.82 | 70.94 |
| 38. Window drapery - hardware - Detach & reset | 3.00 EA | | 0.00 | 39.98 | 0.00 | 23.98 | 143.92 |
| 39. Seal the surface area w/PVA primer - one coat | 120.00 SF | | 0.00 | 0.61 | 0.43 | 14.72 | 88.35 |
| 40. Paint the walls and ceiling - two coats | 1,067.00 SF | | 0.00 | 1.04 | 17.93 | 225.52 | 1,353.13 |
| 41. Ceiling fan - Detach & reset | 1.00 EA | | 0.00 | 214.75 | 0.00 | 42.96 | 257.71 |
| 42. Recessed light fixture - Detach & reset entire unit | 4.00 EA | | 0.00 | 126.43 | 0.00 | 101.14 | 606.86 |
| 43. Add for frosted/etched or beveled glass, per cabinet door | 8.00 EA | | 0.00 | 45.09 | 21.64 | 76.46 | 458.82 |
| 44. Wood range hood, 36" - tapered canopy - Deluxe grade | 1.00 EA | | 0.00 | 2,654.28 | 149.76 | 560.82 | 3,364.86 |
| 45. Add for lazy susan - wood shelves | 1.00 EA | | 0.00 | 228.43 | 13.71 | 48.42 | 290.56 |
| 46. Cabinet valance | 3.00 LF | | 0.00 | 44.39 | 7.06 | 28.06 | 168.29 |
| 47. R&R Mosaic - ceramic/porcelain tile - Premium grade | 58.00 SF | | 2.60 | 34.90 | 80.63 | 451.12 | 2,706.75 |
| 48. Add-on for diagonal tile installation | 58.00 SF | | 0.00 | 1.80 | 0.00 | 20.88 | 125.28 |
| 49. Add-on for tile backsplash installation | 58.00 SF | | 0.00 | 18.03 | 0.00 | 209.14 | 1,254.88 |
| 50. Add-on for tile feature strip - Premium grade | 16.00 LF | | 0.00 | 15.76 | 8.21 | 52.08 | 312.45 |
| 51. R&R Ceramic tile - bullnose - 2" x 6" - Premium grade | 8.00 LF | | 2.73 | 16.37 | 4.29 | 31.42 | 188.51 |
| 52. R&R Countertop - Granite or Marble - Premium grade | 78.00 SF | | 7.00 | 123.25 | 405.05 | 2,112.92 | 12,677.47 |
| 53. Add on Granite or Marble - edge treatment - Deluxe grade | 30.00 LF | | 0.00 | 93.79 | 0.00 | 562.74 | 3,376.44 |
| 54. Add on for undermount sink cutout & polish - double basin | 1.00 EA | | 0.00 | 253.24 | 0.00 | 50.64 | 303.88 |
| 55. Add on for undermount sink cutout & polish - single basin | 1.00 EA | | 0.00 | 168.38 | 0.00 | 33.68 | 202.06 |

Case ID: 251202424

**The Weaver Adjustment Group LLC**

2398 Columbia Ave., Suite 101
Lancaster, PA 17603
Claims@weaveradjustment.com
Phone# 717-690-4331

### CONTINUED - Kitchen

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 56. R&R Custom cabinet panels - side, end, or back - Deluxe grade | 36.00 SF | | 2.52 | 42.50 | 73.57 | 338.86 | 2,033.15 |
| 57. Toe kick - pre-finished wood - 1/2" | 26.10 LF | | 0.00 | 9.58 | 6.70 | 51.34 | 308.08 |
| 58. Clean floor - tile | 371.00 SF | | 0.00 | 0.72 | 20.90 | 53.74 | 341.76 |
| 59. Megohmmeter check electrical circuits - single circuit | 1.00 EA | | 0.00 | 116.61 | 0.00 | 23.32 | 139.93 |

| Totals: Kitchen | | | | | 4,506.96 | 20,261.60 | 121,597.01 |
|---|---|---|---|---|---|---|---|

**Living Room**  **Height: 8'**

561.33 SF Walls
869.03 SF Walls & Ceiling
34.19 SY Flooring
70.17 LF Ceil. Perimeter

307.69 SF Ceiling
307.69 SF Floor
70.17 LF Floor Perimeter

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 60. Contents - move out then reset - Large room | 1.00 EA | | 0.00 | 112.19 | 0.00 | 22.44 | 134.63 |
| 61. Floor protection - plastic and tape - 10 mil | 307.69 SF | | 0.00 | 0.31 | 2.22 | 19.52 | 117.12 |
| 62. Mask and prep for paint - plastic, paper, tape (per LF) | 70.17 LF | | 0.00 | 1.44 | 1.14 | 20.42 | 122.60 |
| 63. 1/2" - drywall per LF - up to 2' tall | 4.00 LF | | 0.00 | 10.96 | 0.41 | 8.84 | 53.09 |
| 64. Tape joint for new to existing drywall - per LF | 8.00 LF | | 0.00 | 9.53 | 0.25 | 15.30 | 91.79 |
| 65. Baseboard - Reset | 12.00 LF | | 0.00 | 1.15 | 0.01 | 2.76 | 16.57 |
| 66. Paint baseboard - two coats | 70.17 LF | | 0.00 | 1.53 | 0.72 | 21.62 | 129.70 |
| 67. Seal the surface area w/PVA primer - one coat | 32.00 SF | | 0.00 | 0.61 | 0.12 | 3.92 | 23.56 |
| 68. Paint the walls - two coats | 561.33 SF | | 0.00 | 1.04 | 9.43 | 118.64 | 711.85 |
| 69. Window drapery - hardware - Detach & reset | 1.00 EA | | 0.00 | 39.98 | 0.00 | 8.00 | 47.98 |
| 70. Remove Security system - motion detector | 1.00 EA | | 29.28 | 0.00 | 0.00 | 5.86 | 35.14 |
| 71. Install Security system - motion detector | 1.00 EA | | 0.00 | 91.57 | 0.00 | 18.32 | 109.89 |
| 72. Detach & Reset Thermostat | 1.00 EA | 55.34 | 0.00 | 0.00 | 0.00 | 11.06 | 66.40 |
| 73. Final cleaning - construction - Residential | 307.69 SF | | 0.00 | 0.31 | 6.86 | 19.08 | 121.32 |

Case ID: 251202424

## The Weaver Adjustment Group LLC

2398 Columbia Ave., Suite 101
Lancaster, PA 17603
Claims@weaveradjustment.com
Phone# 717-690-4331

### CONTINUED - Living Room

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| Totals: Living Room | | | | | 21.16 | 295.78 | 1,781.64 |
| | | | | | | | |
| Total: Main Level | | | | | 4,528.12 | 20,557.38 | 123,378.65 |

### Level 2



| Bathroom | | Height: 8' |
|---|---|---|
| 335.29 SF Walls | 101.92 SF Ceiling | |
| 437.21 SF Walls & Ceiling | 87.88 SF Floor | |
| 9.76 SY Flooring | 40.58 LF Floor Perimeter | |
| 51.21 LF Ceil. Perimeter | | |

| Subroom: Closet (1) | | Height: 8' |
|---|---|---|
| 75.01 SF Walls | 5.38 SF Ceiling | |
| 80.39 SF Walls & Ceiling | 5.38 SF Floor | |
| 0.60 SY Flooring | 9.38 LF Floor Perimeter | |
| 9.38 LF Ceil. Perimeter | | |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 74. Contents - move out then reset - Small room | 1.00 EA | | 0.00 | 56.15 | 0.00 | 11.24 | 67.39 |
| 75. R&R 1/2" Cement board | 93.26 SF | | 1.08 | 5.45 | 10.52 | 123.90 | 743.41 |
| 76. R&R Tile floor covering | 93.26 SF | | 3.25 | 13.33 | 30.44 | 315.34 | 1,892.04 |
| Tile flooring was not able to be dried by CLean Force 1 and needs to be removed and replaced. See Clean Force 1 estimate and drying log to confirm. | | | | | | | |
| 77. Grout sealer | 93.26 SF | | 0.00 | 1.63 | 1.06 | 30.62 | 183.69 |
| 78. Seal subfloor (anti-microbial coating) | 93.26 SF | | 0.00 | 3.23 | 11.97 | 62.64 | 375.84 |
| 79. Install Baseboard - 3 1/4" | 24.98 LF | | 0.00 | 2.02 | 0.00 | 10.10 | 60.56 |
| 80. Baseboard - Detach & reset | 24.98 LF | | 0.00 | 2.84 | 0.03 | 14.18 | 85.15 |
| 81. Paint baseboard - two coats | 49.96 LF | | 0.00 | 1.53 | 0.51 | 15.38 | 92.33 |
| 82. R&R Quarter round - 3/4" bathtub. | 5.00 LF | | 0.21 | 1.92 | 0.31 | 2.20 | 13.16 |
| 83. Vanity | 4.00 LF | | 0.00 | 240.06 | 47.82 | 201.60 | 1,209.66 |
| 84. Install Vanity top - one sink - cultured marble | 4.00 LF | | 0.00 | 47.47 | 0.00 | 37.98 | 227.86 |

Case ID: 251202424

**The Weaver Adjustment Group LLC**

2398 Columbia Ave., Suite 101
Lancaster, PA 17603
Claims@weaveradjustment.com
Phone# 717-690-4331

**CONTINUED - Bathroom**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 85. Caulking - silicone | 12.00 LF | | 0.00 | 2.75 | 0.24 | 6.64 | 39.88 |
| caulk vanity top to vanity. | | | | | | | |
| 86. Install Sink faucet - Bathroom | 1.00 EA | | 0.00 | 76.98 | 0.00 | 15.40 | 92.38 |
| 87. P-trap assembly - ABS (plastic) | 1.00 EA | | 0.00 | 62.01 | 0.50 | 12.50 | 75.01 |
| 88. Angle stop valve | 3.00 EA | | 0.00 | 39.31 | 2.25 | 24.04 | 144.22 |
| 89. Install Baseboard heat cover - steam/hot water - 37"- 60" long | 1.00 EA | | 0.00 | 10.07 | 0.00 | 2.02 | 12.09 |
| 90. Cabinet knob or pull | 5.00 EA | | 0.00 | 8.73 | 1.06 | 8.96 | 53.67 |
| 91. Toilet - Detach & reset | 1.00 EA | | 0.00 | 243.09 | 0.55 | 48.74 | 292.38 |
| 92. 1/2" - drywall per LF - up to 2' tall | 4.00 LF | | 0.00 | 10.96 | 0.41 | 8.84 | 53.09 |
| 93. Tape joint for new to existing drywall - per LF | 8.00 LF | | 0.00 | 9.53 | 0.25 | 15.30 | 91.79 |
| 94. Seal the surface area w/PVA primer - one coat | 32.00 SF | | 0.00 | 0.61 | 0.12 | 3.92 | 23.56 |
| 95. Paint the walls - two coats | 410.30 SF | | 0.00 | 1.04 | 6.89 | 86.72 | 520.32 |
| 96. Mask and prep for paint - plastic, paper, tape (per LF) | 60.59 LF | | 0.00 | 1.44 | 0.98 | 17.66 | 105.89 |
| 97. Bifold door - (2 slabs only) - Single - Detach & reset | 1.00 EA | | 0.00 | 18.14 | 0.00 | 3.62 | 21.76 |
| 98. Interior door - Detach & reset - slab only | 1.00 EA | | 0.00 | 22.66 | 0.00 | 4.54 | 27.20 |
| 99. Detach & Reset Reducer strip - for wood flooring | 3.00 LF | 1.46 | 0.00 | 0.00 | 0.00 | 0.88 | 5.26 |
| 100. Detach & Reset Light bar - 3 lights | 1.00 EA | 60.31 | 0.00 | 0.00 | 0.00 | 12.06 | 72.37 |
| 101. Bathroom mirror - Detach & reset | 8.00 SF | | 0.00 | 10.85 | 0.00 | 17.36 | 104.16 |
| 102. Window drapery - hardware - Detach & reset | 1.00 EA | | 0.00 | 39.98 | 0.00 | 8.00 | 47.98 |
| 103. Final cleaning - construction - Residential | 93.26 SF | | 0.00 | 0.31 | 2.08 | 5.78 | 36.77 |
| Totals: Bathroom | | | | | 117.99 | 1,128.16 | 6,770.87 |
| Total: Level 2 | | | | | 117.99 | 1,128.16 | 6,770.87 |

**Basement**

Case ID: 251202424



**The Weaver Adjustment Group LLC**

2398 Columbia Ave., Suite 101
Lancaster, PA 17603
Claims@weaveradjustment.com
Phone# 717-690-4331



**Workout Room** | **Height: 8' 9"**

| | |
|---|---|
| 546.88 SF Walls | 155.98 SF Ceiling |
| 702.85 SF Walls & Ceiling | 155.98 SF Floor |
| 17.33 SY Flooring | 62.50 LF Floor Perimeter |
| 62.50 LF Ceil. Perimeter | |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 104. Final cleaning - construction - Residential | 155.98 SF | | 0.00 | 0.31 | 3.48 | 9.68 | 61.51 |
| 105. Floor protection - plastic and tape - 10 mil | 155.98 SF | | 0.00 | 0.31 | 1.12 | 9.90 | 59.37 |
| 106. Suspended ceiling tile - 2' x 2' | 14.00 SF | | 0.00 | 2.57 | 1.40 | 7.48 | 44.86 |
| 107. Batt insulation - 6" - R19 - paper / foil faced | 14.00 SF | | 0.00 | 1.50 | 0.82 | 4.36 | 26.18 |
| **Totals: Workout Room** | | | | | 6.82 | 31.42 | 191.92 |
| **Total: Basement** | | | | | **6.82** | **31.42** | **191.92** |
| **Total: SKETCH1** | | | | | **4,652.93** | **21,716.96** | **130,341.44** |

**Labor Minimums Applied**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 108. Acoustic ceiling tile labor minimum | 1.00 EA | | 0.00 | 271.51 | 0.00 | 54.30 | 325.81 |
| 109. Insulation labor minimum | 1.00 EA | | 0.00 | 216.38 | 0.00 | 43.28 | 259.66 |
| **Totals: Labor Minimums Applied** | | | | | 0.00 | 97.58 | 585.47 |
| **Line Item Totals: JAYAKUMARBATH** | | | | | **4,674.28** | **22,708.52** | **136,312.10** |

Case ID: 251202424

 **The Weaver Adjustment Group LLC**

2398 Columbia Ave., Suite 101
Lancaster, PA 17603
Claims@weaveradjustment.com
Phone# 717-690-4331

## Grand Total Areas:

| | | |
|---|---|---|
| 2,214.51 SF Walls | 941.97 SF Ceiling | 3,156.48 SF Walls and Ceiling |
| 927.93 SF Floor | 103.10 SY Flooring | 259.96 LF Floor Perimeter |
| 0.00 SF Long Wall | 0.00 SF Short Wall | 270.59 LF Ceil. Perimeter |
| | | |
| 927.93 Floor Area | 1,029.73 Total Area | 2,312.22 Interior Wall Area |
| 2,415.75 Exterior Wall Area | 255.00 Exterior Perimeter of Walls | |
| | | |
| 0.00 Surface Area | 0.00 Number of Squares | 0.00 Total Perimeter Length |
| 0.00 Total Ridge Length | 0.00 Total Hip Length | |

Case ID: 251202424

 **The Weaver Adjustment Group LLC**

2398 Columbia Ave., Suite 101
Lancaster, PA 17603
Claims@weaveradjustment.com
Phone# 717-690-4331

### Summary for Dwelling

| | |
|---|---:|
| Line Item Total | 108,929.30 |
| Material Sales Tax | 4,611.33 |
| Cleaning Mtl Tax | 1.56 |
| Subtotal | 113,542.19 |
| Overhead | 11,354.26 |
| Profit | 11,354.26 |
| Cleaning Sales Tax | 61.39 |
| **Replacement Cost Value** | **$136,312.10** |
| **Net Claim** | **$136,312.10** |

Case ID: 251202424

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL**



9589 0710 5270 1823 0359 17



$ 012 42

WHEELER
DIULIO &
BARNABEI
THE PROPERTY DAMAGE ATTORNEYS

1650 Arch Street, Suite 2200
Philadelphia, Pennsylvania 19103

TO:

Allstate Vehicle and Property
  Insurance Company
3100 Sanders Road
Suite 201
Northbrook, IL  60062

---

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. | A. Signature |
| ■ Print your name and address on the reverse so that we can return the card to you. | X ☐ Agent ☐ Addressee |
| ■ Attach this card to the back of the mailpiece, or on the front if space permits. | B. Received by *(Printed Name)*   C. Date of Delivery |
| 1. Article Addressed to: *Allstate Vehicle and Property Insurance Company 3100 Sanders Road - Ste. 201 Northbrook, IL 60062* | D. Is delivery address different from Item 1? ☐ Yes If YES, enter delivery address below: ☐ No |
| 9590 9402 9268 4295 2016 95 | 3. Service Type  ☐ Priority Mail Express® |
| | ☐ Adult Signature  ☐ Registered Mail™ |
| | ☐ Adult Signature Restricted Delivery  ☐ Registered Mail Restricted |
| | ☐ Certified Mail®  Delivery |
| | ☐ Certified Mail Restricted Delivery |
| 2. Article Number *(Transfer from service label)* | ☐ Collect on Delivery |
| 9589 0710 5270 1823 0359 17 | ☐ Collect on Delivery Restricted |
| | ☐ Insured Mail |
| | ☐ Insured Mail Restricted Delivery (over $500) |
| PS Form 3811, July 2020 PSN 7530-02-000-9053 | Domestic Return Receipt |

